UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re<br><br>GEOFFREY O. ONYEUKWU,<br><br>Debtor, | Chapter 13<br><br>Case No. 12-23964-kl |

### AMENDED JOINT MOTION TO CONTINUE
### HEARING SET FOR DECEMBER 20, 2013

Comes now, JPMorgan Chase Bank, N.A, ("Creditor") by counsel, James K. Haney, and Geoffrey O. Onyeukwu, ("Debtor") by counsel, Catherine Molnar-Boncela of Gouveia & Associates, and in support of their Joint Motion To Continue the Prehearing Conference set for December 20, 2013 with regard to Amended Chapter 13 Plan and Creditor's Objection to Confirmation of the Amended Plan and shows the Court as follows:

1. Counsel for Debtor and Creditor, (collectively "Parties") have been engaged in good-faith negotiations to resolve this matter.

2. The Parties are entering into an agreement and are completing the settlement documentation memorializing the settlement.

3. The Parties need additional time to finalize the foregoing representations.

WHEREFORE, James K. Haney, Attorney for Creditor, and Catherine Molnar-Boncela, Attorney for Debtor, pray for an Order from this Court continuing the Prehearing Conference on the Objection to Confirmation of the Amended Plan presently scheduled for December 20, 2013 and for all other relief just and proper in the premises.

Respectfully submitted,

| | |
|---|---|
| ___/s/ Catherine Molnar-Boncela___ | ___/s/ James K. Haney___ |
| Catherine Molnar-Boncela; (#9996-45) | James K. Haney, Esq. |
| Gouveia & Associates | WONG FLEMING, P.C. |
| 433 W. 84th Drive | 821 Alexander Road, Suite 200 |
| MelTillville, IN 46410 | P.O. Box 3663 |
| (219) 736-6020 | Princeton, New Jersey 08543-3663 |
| (219) 736-2545 | Tel. (609) 951-9520 |
| geglaw@gouveia.comcastbiz.net | Fax. (609) 951-0270 |
| *Attorney for Debtor* | jhaney@wongfleming.com |
| | *Attorney for JPMorgan Chase Bank, N.A.* |

## **CERTIFICATE OF SERVICE**

On December 19, 2013, I certify that on this date service of a true and complete copy of the Joint Motion To Continue Prehearing Conference was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

Nancy J. Gargula, United States Trustee, USTPRegionl0.S0.ECF.@usdo;.gov
Paul R. Chael, Chapter 13 Trustee, ECF@pchae113.com ,
pchael.c13@ecf.epiqsystems.com
Geoffrey O. Onyeukwu, MD, 3814 Grant Street, Gary, IN 46408
Catherine Molnar-Boncela geglaw@gouveia.comcastbiz.net
Fredric Lawrence, Rick@nf-law.com
Tasha R. Roberts, troberts@wongfleming.com

/s/ James K. Haney
James K. Haney